

STEPHEN MURMER,  )
 )
    *Plaintiff,* )
 )
v. )
 )
 )  Case No.: 3:07CV608
CHESTERFIELD COUNTY SCHOOL )
BOARD, *et al.*, )
 )
    *Defendants.* )
 )
 )
 )
 )

## AGREED ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties stipulate to the dismissal of the instant case.

Therefore, it is hereby ORDERED that the case is dismissed with prejudice.

Let the Clerk send a copy of this Order to all counsel of record.

<u>April 9, 2008</u>                                       /s/      REP
Date                                          UNITED STATES DISTRICT JUDGE



**EXHIBIT A**

WE ASK FOR THIS:

| STEPHEN MURMER | CHESTERFIELD COUNTY SCHOOL BOARD<br>DAVID SOVINE<br>LYLE EVANS |
|---|---|
| By: *Rebecca K Glenberg* | By: *[signature]* |
| Tim Schulte, Esquire (VSB #41881)<br>Shelley & Schulte, P.C.<br>700 East Franklin Street, 12th Floor<br>Post Office Box 605<br>Richmond, Virginia 23218<br>(804) 644-9700<br>(800) 928-0684 [fax] | D. Patrick Lacy, Esquire (VSB #07190)<br>Travis A. Sabalewski, Esquire (VSB #47368)<br>Stacy L. Haney, Esquire (VSB #71054)<br>Reed Smith LLP<br>Riverfront Plaza - West Tower<br>901 East Byrd Street, Suite 1700<br>Richmond, VA 23219-4069<br>Telephone: (804) 344-3400<br>Facsimile: (804) 344-3410 |
| Rebecca K. Glenberg (VSB #44099)<br>American Civil Liberties Union<br>  of Virginia Foundation, Inc.<br>530 E. Main Street, Suite 310<br>Richmond, Virginia 23219<br>(804) 644-8080<br>(804) 649-2733 (FAX) | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |